# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2011

Robert P. Young, Jr.,
Chief Justice

142905

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

COMMUNITY RESOURCE CONSULTANTS,
INC.,
        Plaintiff-Appellee,

v

                          SC: 142905
                          COA: 293932
STATE FARM MUTUAL AUTOMOBILE     Macomb CC: 2004-002536-CK
INSURANCE COMPANY,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 1, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2011                        _____
                                         Clerk

p0921